DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIMMY PALMER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-4055

[January 11, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis Bailey, Judge; L.T. Case No. 13012852 CF10A.

Carey Haughwout, Public Defender, and Stacey Kime, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***